**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00159-CR**
**NO. 09-20-00160-CR**
_____

**JAROBIE DEMAL LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause Nos. 13-16970, 17-28000**

**MEMORANDUM OPINION**

Appellant Jarobie Demal Lee has filed a motion to dismiss his appeals. *See* Tex. R. App. P. 42.2. A request to dismiss the appeals is signed by Lee personally and joined by counsel of record. No opinion has issued in these appeals. The motion is granted, and the appeals are therefore dismissed.

APPEALS DISMISSED.

PER CURIAM

1

Submitted on October 27, 2020
Opinion Delivered October 28, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.